IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHRIS CHAPMAN, | ) |
| Plaintiff, | ) CASE NO. 3:11-00006 |
| | ) Chief Judge Haynes |
| v. | ) |
| ROYCE THACKER, et al., | ) |
| Defendants. | ) |

ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 142) that the motion for summary judgment (Docket Entry No. 98) filed by Defendant Southern Health Partners, Inc., be granted and that this Defendant be dismissed from this action with prejudice. The Plaintiff objects to the Report and Recommendation and filed an appeal of the Report and Recommendation. (Docket Entry No. 146). Plaintiff's principal objection is the alleged lack of discovery that the Magistrate Judge and this Court has held to be without merit.

After de novo review, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation. (Docket Entry No. 142). The Defendant Southern Health Partners, Inc., motion for summary judgment (Docket Entry No. 98) is **GRANTED** and Plaintiff's claims against Defendant Southern Heath Partners, Inc. are **DISMISSED with prejudice**.

It is so **ORDERED**.

ENTERED this the ___11th___ day of September, 2012.

WILLIAM J. HAYNES, JR.
Chief United States District Judge