IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHRIS CHAPMAN, | ) |
| v. | ) Case No. 3:11-0006 |
|  | ) Chief Judge Haynes |
| ROYCE THACKER, et al., | ) |
| Defendants. | ) |

### ORDER

For the reasons stated in open court, the Defendant's motion for judgment as a matter of law is **GRANTED**. This action is **DISMISSED with prejudice**. Costs are against the Plaintiff. Any appeal of this Order would not be in good faith as required by 25 U.S.C. § 1915(a)(3).

This is the Final Order in this Action.

It is so **ORDERED**.

ENTERED this the 1st day of May, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court