UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| CHRIS CHAPMAN | ) |
| | ) |
| v. | ) NO. 3:11cv0006 |
| | ) CHIEF JUDGE HAYNES |
| ROYCE THACKER, et al. | ) |
| | ) |

ENTRY OF JUDGMENT

     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 5/1/2013.

KEITH THROCKMORTON, CLERK
s/Tina M. Webster, Deputy Clerk