IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RECEIVED
IN CLERK'S OFFICE
MAY 28 2013
U.S. DISTRICT COURT
MID. DIST. TENN.

CHAPMAN

v.  Case No. 3:11-CV-00006
    Jury Demand

THACKER, et al.,

## MOTION FOR TRIAL TRANSCRIPT

Comes now Plaintiff, *pro se*, to obtain a complete and correct copy of the pre trial and trial transcript in regards to the above numbered case for the days of April 29th and April 30th of 2013 and the proceedings that were held in the court of Judge William J. Haynes, Jr. on those days.

*[Handwritten note: This motion is DENIED as the appeal is not pursued in good faith as required under 28 USC § 1915(a)(3). [signature] USMJ 5-30-13]*

Respectfully submitted,

_____
Chris Chapman # 212223
N.W.C.X. 11-33
960 State Route 212
Tiptonville, TN 38079

### CERTIFICATE OF SERVICE

This is to certify that a copy of the motion herein was mailed to the following individuals on the 22 day of May, 2013.

Leah M. Dennen
355 North Belvedere Dr., Room 303
Gallatin, TN 37066

A. Scott Derrick / Thomas B. Russell
Gullet Sanford Robinson & Martin PLLC
150 Third Ave. South, Suite 1700
Nashville, TN 37201

_____
Chris Chapman